# IN THE SUPREME COURT OF THE STATE OF NEVADA

SODA SPRINGS HOLDINGS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
                Appellant,

vs.

CLARK COUNTY TREASURERS'
OFFICE; AND LAURA B.
FITZPATRICK, AN INDIVIDUAL AND
DULY ELECTED OFFICIAL,
                Respondents.

No. 69780

**FILED**

JUN 06 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *B. Mooneyhan*

cc:    Hon. Jerry A. Wiese, District Judge
       Israel Kunin, Settlement Judge
       Spencer M. Judd
       Clark County District Attorney/Civil Division
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-17552